**No. 10-7129. Zachary Ballard, Petitioner v. United States.**

562 U.S. 1085, 131 S. Ct. 673, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9302.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 390 Fed. Appx. 6.

---

**No. 10-7163. Donahue Dewar, aka Kirk Dawar, Petitioner v. United States.**

562 U.S. 1085, 131 S. Ct. 674, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9251.

November 29, 2010. Petition for writ of certiorari to the United States court of Appeals for the Second Circuit denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 375 Fed. Appx. 90.

---

**No. 10-7175. Michael Bankoff, Petitioner v. United States.**

562 U.S. 1086, 131 S. Ct. 675, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9094, ■

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 613 F.3d 358.

---

**No. 10-7231. Frederick Bradley Nowell, Sr., Petitioner v. United States.**

562 U.S. 1086, 131 S. Ct. 679, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9347, ■

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

---

**No. 10-7268. Darnell Shepherd, Petitioner v. United States.**

562 U.S. 1086, 131 S. Ct. 681, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9317.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 372 Fed. Appx. 212.

---

**No. 10-6450. In re Reginald Wilkinson, Petitioner.**

562 U.S. 1059, 131 S. Ct. 648, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9380.

November 29, 2010. Petition for writ of habeas corpus denied.

---

**No. 10-7290. In re Harold Cage, Petitioner.**

562 U.S. 1059, 131 S. Ct. 682, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9071, ■

November 29, 2010. Petition for writ of habeas corpus denied.